1.

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

Jason J. Spikes

v.

22ND Public Defender — Case No. 22-587 SECT.B MAG.1

John Linder

Petition For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241
28 USCA § 1651
28 USCA § 1367  Spikes vs. Louisiana 18-08884 Eastern District of Louisiana

TENDERED FOR FILING  MAR 0 8 2022  U.S. DISTRICT COURT Eastern District of Louisiana Deputy Clerk

## Personal Information

1. (a) Your full name: Jason Jarrell Spikes
   (b) Other names you have used: Jason Jarrell Hughes

2. Place of confinement:
   (a) Name of institution: Rayburn Correctional Center
   (b) Address: 27268 Hwy. 21 Angie, LA 70426
   (c) Your identification number: 537025

Are you currently being held on orders by: State authorities

Are you currently:
Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

If you are currently serving a sentence, provide:

Fee Process / X Dktd / CtRmDep / Doc.No. ___ Paper

2.

(a) Name and location of court that sentenced you: 22ND Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA. 70438-0607
(b) Docket number of criminal case: # 16-CR6-129868
(c) Date of sentencing: June 26, 2017

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
Other: Improper and Ineffective Counseling

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: 22ND Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA. 70438-0607
(b) Docket number, case number, or opinion number: 16-CR6-129868
(c) Decision or action you are challenging: Improper and Ineffective Counseling
(d) Date of the decision or action: N/A

## Your Earlier Challenges of the Decision or Action

7. First appeal
Did you appeal the decision, file a grievance, or seek an administrative remedy?
Yes
(a) If "Yes," provide
  (1) Name of the authority, agency, or court: First Circuit of Appeal, Louisiana
  (2) Date of filing: N/A
  (3) Docket number, case number, or opinion number: N/A
  (4) Result: writ denied

3.

    (5) Date of result: N/A
    (6) Issues raised: Improper and Ineffective Counseling

8. Second appeal
After the first appeal, did you file a second appeal to a higher authority, agency, or court? Yes
  (a) If "Yes," provide:
    (1) Name of the authority, agency, or court: Supreme Court of Louisiana
    (2) Date of filing: N/A
    (3) Docket number, case number, or opinion number: N/A
    (4) ~~scratched out~~ Result: writ denied
    (5) Date of result: N/A
    (6) Issues raised: Improper and Ineffective Canseling

9. I didn't have to file

10. I didn't have to file

11. I didn't have to file

12. I didn't have to file

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

4.

GROUND ONE: 5th, 6th, and 14th Amendments
(a) Supporting facts: hired, James S. Knight, to be my attorney, but Attorney Brian Meissner represented me in one of my proceedings and Assistant District Attorney David Knight represented me at my trial
(b) Did you present Ground One in all appeals that were available to you? yes

GROUND TWO: 5th, 6th, and 14th Amendments
(a) Supporting facts: John Linder is the supervisor of David Knight. Vicarious liability, meaning indirect liability because, although the supervisor did not have a direct intent to violate the right of the plaintiff, through negligance the act took place
(b) Did you present Ground Two in all appeals that were available to you? yes

14. If there are any grounds that you did not present in all that were available to you, explain why you did not. I appeal all of my claims in state-court.

Request for Relief

15. State exactly what you want the court to do: Civil, Criminal, and Administrative Liabilities

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 03-07-2022

I declare under penalty of perjury that I am the petitioner. I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03-07-2022

*Jason Spikes*

US POSTAGE PITNEY BOWES
ZIP 70426 $ 001.76
02 4W
0000374756 MAR 2022

Jason J. Spikes
537025
R.C.C.
27268 Hwy. 21
Angie, LA 70426

Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

NOT CENSORED
Not Responsible for Contents

RAYBURN CORRECTIONAL CENTER

*Jason Spikes* (signature, partially redacted)

Signature Should Match Tape
If Not

Tampered With